1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  EXPERIAN INFORMATION<br>10  SOLUTIONS, INC.,<br>11          Plaintiff,<br>12<br>13      v.<br>14  ZEIG LAW FIRM, LLC, JUSTIN ZEIG<br>    et al.,<br>15<br>16          Defendants. | Case No. 8:24-cv-01186-FWS-JDE<br><br>**ORDER CONTINUING RESPONSE DEADLINE**<br><br>The Hon. Fred W. Slaughter<br><br>Complaint served:     June 3, 2024<br>Current response date for Zeig Law Firm, LLC and Justin Zeig:   July 24, 2024<br>Current response date for other Defendants (except Daniel Soffer):<br>                                   July 25, 2024<br>Requested response date for all Defendants (except Daniel Soffer):<br>                                   August 8, 2024 |

17
18
19
20
21
22
23
24
25
26
27
28

Before the Court is Defendants STEIN SAKS, PLLC, a New York company; JUDAH STEIN, a New Jersey resident; YAAKOV SAKS, a Florida resident, TAMIR SALAND, a New York resident, ELIYAHU BABAD, a New Jersey resident (collectively, the "Stein Saks Defendants"), ZEIG LAW FIRM, LLC, a Florida company, JUSTIN ZEIG, a Florida resident (collectively the "Zeig Defendants"), CHESKY MONK, a New Jersey resident, (collectively, "Defendants") application to extend the time to respond to the initial Complaint.

Good cause appearing, the Court GRANTS the Application. Defendants shall answer or otherwise respond to the Complaint on or before **August 8, 2024.**

**IT IS SO ORDERED.**

**DATED: July 19, 2024**

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE