**GESSIN LTD**
Jesse Gessin (SBN 263889)
Jesse@Gessin.Ltd
Mailing - 806 E. Avenida Pico, Suite I-291
San Clemente, CA  92673
Physical – 910 South El Camino Real, Suite 201
San Clemente, CA  92672
Tel.: (949) 328-6629

**MARGULIS GELFAND DIRUZZO & LAMBSON**
Joseph A. DiRuzzo, III *(Pro Hac Vice)*
Fla. Bar No. 0619175
jd@margulisgelfand.com
401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Tel.: (954) 615-1676
Facsimile: (954) 827-0340

*Counsel for Defendants JUSTIN ZEIG and the ZEIG LAW FIRM, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>         Plaintiff,<br><br>  v.<br><br>ZEIG LAW FIRM, LLC, JUSTIN ZEIG et al.,<br><br>         Defendants. | Case No. 8:24-cv-01186-FWS-JDE<br><br>**DEFENDANTS ZEIG LAW FIRM, LLC, JUSTIN ZEIG'S REPLY RE: MOTION TO STRIKE/DISMISS (ANTI-SLAPP); MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>The Hon. Fred W. Slaughter<br><br>Hearing Date:    April 24, 2025<br>Time:                   10:00 a.m.<br>Courtroom:         10D |

# REPLY

The Zeig Defendants file the instant reply to the Plaintiff's opposition (Doc. # 112) to the Zeig Defendant's motion to strike/dismiss (anti-slapp) (Doc. # 100).

The Plaintiff's opposition asserts that the Zeig Defendants' motion was unnecessary. Doc. # 112 at p. 5 (citing *CDK Glob. LLC v. Brnovich*, 16 F.4th 1266, 1275 (9th Cir. 2021)).

But it is well-established that "an amended complaint supercedes [sic] an original complaint and renders the original complaint without legal effect." *Karnes v. Poplar Bluff Transfer Co. (In re Atlas Van Lines, Inc.),* 209 F.3d 1064, 1067 (8th Cir. 2000); *see also* 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE: CIVIL § 1476, at 90 (3d ed. 2010) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case and any subsequent motion made by an opposing party should be directed at the amended pleading." (footnote omitted)).

And to that end an error not raised and preserved at the trial court level will not be considered on appeal. *See Yakus v. United States*, 321 U.S. 414, 444 (1944) ("No procedural principle is more familiar to this Court than that a constitutional right may be forfeited in criminal as well as civil cases by the failure to make timely assertion of the right before a tribunal having jurisdiction to determine it.").

The Ninth Circuit has "long proclaimed that it is the law of this circuit that a plaintiff waives all claims alleged in a dismissed complaint which are not realleged in an amended complaint." *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 925 (9th Cir. 2012) (cleaned up) (*en banc*) (discussing the Circuit's "*Forsyth* rule"). "The *Forsyth* rule is premised on the notion that the amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Id.* The *en banc Lacey* court overruled the *Forsyth* rule, *id*. at 928, but only as it related to a Plaintiff's requirement to replead a dismissed count in an amended complaint, it did not overrule the general requirement

of a defendant to raise whatever arguments he believes applies to the operative complaint (or otherwise risk waiver/forfeiture).

Accordingly, as the Plaintiff's amended complaint superseded the Plaintiff's original complaint, it was still incumbent upon the Zeig Defendants to re-raise their anti-slapp motion or risk having waived the argument. *See Yakus, supra.*

Respectfully Submitted,

**MARGULIS GELFAND DIRUZZO & LAMBSON**

/s/ Joseph A. DiRuzzo, III
Joseph A. DiRuzzo, III
Fla. Bar No. 0619175
401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
954.615.1676 (o)
954.827.0340 (f)
jd@margulisgelfand.com

*Counsel for Defendants ZEIG LAW FIRM, LLC, and JUSTIN ZEIG*

Dated April 4, 2025

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants Zeig Law Firm, LLC, and Justin Zeig, certifies that this brief contains approximately 354 words, which complies with the word limit of L.R. 11-6.1.

Executed on April 4, 2025, at Fort Lauderdale, Florida.

/s/ Joseph A. DiRuzzo, III
Joseph A. DiRuzzo, III

# PROOF OF SERVICE

I served the foregoing document described as

**DEFENDANTS ZEIG LAW FIRM, LLC, JUSTIN ZEIG'S REPLY RE: MOTION TO STRIKE/DISMISS (ANTI-SLAPP)**

on the following-listed attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual notice) by the following means of service:

**SERVED BY U.S. MAIL:** There are currently no individuals on the list to receive mail notices for this case.

**SERVED BY CM/ECF:** I certify that, on April 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the foregoing document will send copies to the following CM/ECF participants:

The following are those who are currently on the list to receive e-mail notices for this case.

Richard J. Grabowski: rgrabowski@jonesday.com; jthakur@jonesday.com; fpham@jonesday.com; javogt@jonesday.com; rball@jonesday.com

Ryan Douglas Ball: ynomiyama@jonesday.com; jthakur@jonesday.com; ecfirvinenotifications@jonesday.com; rball@jonesday.com

Kelley Charles Cox: kcox@gutnicki.com

Joseph A. DiRuzzo: jd@margulisgelfand.com

David D. Samani: david.samani@lewisbrisbois.com; mcox@lbbslaw.com

Cheryl L. O'Connor: jthakur@jonesday.com; ecfirvinenotifications@jonesday.com; coconnor@jonesday.com

Kerianne Tobitsch: ktobitsch@jonesday.com

Curtis Edward Smolar: lpennywell@bgrfirm.com; csmolar@bochner.law; ecf@bochner.law; 3445884420@filings.docketbird.com

Aharon Shaul Kaye: akaye@gutnicki.com

Kenneth P. White: dadove@brownwhitelaw.com; lperez@brownwhitelaw.com; tcreekmore@brownwhitelaw.com; kwhite@brownwhitelaw.com

John A. Vogt: ecfirvinenotifications@jonesday.com; javogt@jonesday.com; bwinchel@jonesday.com; docketpacificwest@jonesday.com; garaya@jonesday.com

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 4, 2025, at Fort Lauderdale, Florida.

                                        */s/ Joseph A. DiRuzzo, III*
                                        Joseph A. DiRuzzo, III