**GESSIN LTD**
Jesse Gessin (SBN 263889)
Jesse@Gessin.Ltd
Mailing - 806 E. Avenida Pico, Suite I-291
San Clemente, CA 92673
Physical – 910 South El Camino Real, Suite 201
San Clemente, CA 92672
Tel.: (949) 328-6629

**MARGULIS GELFAND DIRUZZO & LAMBSON**
Joseph A. DiRuzzo, III *(Pro Hac Vice)*
Fla. Bar No. 0619175
jd@margulisgelfand.com
401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Tel.: (954) 615-1676
Facsimile: (954) 827-0340

*Counsel for Defendants JUSTIN ZEIG and the ZEIG LAW FIRM, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZEIG LAW FIRM, LLC, JUSTIN ZEIG et al., <br><br> Defendants. | Case No. 8:24-cv-01186-FWS-JDE <br><br> **DEFENDANTS ZEIG LAW FIRM, LLC, JUSTIN ZEIG'S ANSWER & AFFIRMATIVE DEFENSES** <br><br> The Hon. Fred W. Slaughter |

## ANSWER

Defendants ZEIG LAW FIRM, LLC, and JUSTIN ZEIG, pursuant to Fed. R.

Civ. P. 8(b) answer the Plaintiff's First Amended Complaint (Doc. # 91) as follows:

1.  Denied.

2.  Denied.

3.  Denied.

4.  Denied.

5.  Denied.

6.  Denied.

7.  Denied.

8.  Without knowledge, therefore denied.

9.  Without knowledge, therefore denied.

10. Without knowledge, therefore denied.

11. Without knowledge, therefore denied.

12. Without knowledge, therefore denied.

13. Without knowledge, therefore denied.

14. Without knowledge, therefore denied.

15. Denied.

16. Admit as alleged at time of filing (but no longer in practice).

17. Without knowledge, therefore denied.

18. Without knowledge, therefore denied.

19. Without knowledge, therefore denied.

20. Denied.

21. Without knowledge, therefore denied.

22. Without knowledge, therefore denied.

23. Without knowledge, therefore denied.

24. Without knowledge, therefore denied.

25. Without knowledge, therefore denied.

26. Without knowledge, therefore denied.

27. Without knowledge, therefore denied.

28. Without knowledge, therefore denied.

29. Without knowledge, therefore denied.

30. Without knowledge, therefore denied.

31. Without knowledge, therefore denied.

32. Without knowledge, therefore denied.

33. Without knowledge, therefore denied.

34. Denied.

35. Denied.

Zeig Answer & Affirmative Defenses

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Without knowledge, therefore denied.

45. Without knowledge, therefore denied.

46. Without knowledge, therefore denied.

47. Without knowledge, therefore denied.

48. Without knowledge, therefore denied.

49. Without knowledge, therefore denied.

50. Without knowledge, therefore denied.

51. Without knowledge, therefore denied.

52. Without knowledge, therefore denied.

53. Without knowledge, therefore denied.

54. Without knowledge, therefore denied.

Zeig Answer & Affirmative Defenses

55. Without knowledge, therefore denied.

56. Without knowledge, therefore denied.

57. Without knowledge, therefore denied.

58. Without knowledge, therefore denied.

59. Without knowledge, therefore denied.

60. Without knowledge, therefore denied.

61. Without knowledge, therefore denied.

62. Without knowledge, therefore denied.

63. Without knowledge, therefore denied.

64. Without knowledge, therefore denied.

65. Without knowledge, therefore denied.

66. Denied.

67. Denied

    a. Denied

    b. Denied.

    c. Denied.

    d. Denied.

    e. Denied.

68. Denied.

Zeig Answer & Affirmative Defenses

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Without knowledge, therefore denied.

74. Without knowledge, therefore denied.

75. Without knowledge, therefore denied.

76. Without knowledge, therefore denied.

77. Without knowledge, therefore denied.

78. Without knowledge, therefore denied.

79. Without knowledge, therefore denied.

80. Without knowledge, therefore denied.

81. Without knowledge, therefore denied.

82. Without knowledge, therefore denied.

83. Without knowledge, therefore denied.

84. Without knowledge, therefore denied.

85. Without knowledge, therefore denied.

86. Without knowledge, therefore denied.

87. Without knowledge, therefore denied.

Zeig Answer & Affirmative Defenses

88. Without knowledge, therefore denied.

89. Without knowledge, therefore denied.

90. Without knowledge, therefore denied.

91. Without knowledge, therefore denied.

92. Without knowledge, therefore denied.

93. Without knowledge, therefore denied.

94. Without knowledge, therefore denied.

95. Without knowledge, therefore denied.

96. Without knowledge, therefore denied.

97. Without knowledge, therefore denied.

98. Without knowledge, therefore denied.

99. Without knowledge, therefore denied.

100.    Without knowledge, therefore denied.

101.    Without knowledge, therefore denied.

102.    Without knowledge, therefore denied.

103.    Without knowledge, therefore denied.

104.    Without knowledge, therefore denied.

105.    Without knowledge, therefore denied.

106.    Without knowledge, therefore denied.

Zeig Answer & Affirmative Defenses

107.    Without knowledge, therefore denied.

108.    Without knowledge, therefore denied.

109.    Without knowledge, therefore denied.

110.    Without knowledge, therefore denied.

111.    Without knowledge, therefore denied.

112.    Without knowledge, therefore denied.

113.    Without knowledge, therefore denied.

114.    Without knowledge, therefore denied.

115.    Without knowledge, therefore denied.

116.    Without knowledge, therefore denied.

117.    Without knowledge, therefore denied.

118.    Without knowledge, therefore denied.

119.    Without knowledge, therefore denied.

120.    Without knowledge, therefore denied.

121.    Without knowledge, therefore denied.

122.    Without knowledge, therefore denied.

123.    Without knowledge, therefore denied.

124.    Without knowledge, therefore denied.

125.    Without knowledge, therefore denied.

Zeig Answer & Affirmative Defenses

126.    Without knowledge, therefore denied.

127.    Without knowledge, therefore denied.

128.    Without knowledge, therefore denied.

129.    Without knowledge, therefore denied.

130.    Without knowledge, therefore denied.

131.    Without knowledge, therefore denied.

132.    Without knowledge, therefore denied.

133.    Without knowledge, therefore denied.

134.    Without knowledge, therefore denied.

135.    Without knowledge, therefore denied.

136.    Without knowledge, therefore denied.

137.    Without knowledge, therefore denied.

138.    Without knowledge, therefore denied.

139.    Without knowledge, therefore denied.

140.    Without knowledge, therefore denied.

141.    Without knowledge, therefore denied.

142.    Without knowledge, therefore denied.

143.    Without knowledge, therefore denied.

144.    Denied.

145.    Denied.

146.    Without knowledge, therefore denied.

147.    Without knowledge, therefore denied.

148.    Without knowledge, therefore denied.

149.    Without knowledge, therefore denied.

150.    Without knowledge, therefore denied.

151.    Without knowledge, therefore denied.

152.    Without knowledge, therefore denied.

153.    Without knowledge, therefore denied.

154.    Without knowledge, therefore denied.

155.    Without knowledge, therefore denied.

156.    Without knowledge, therefore denied.

157.    Without knowledge, therefore denied.

158.    Without knowledge, therefore denied.

159.    Without knowledge, therefore denied.

160.    Without knowledge, therefore denied.

161.    Without knowledge, therefore denied.

162.    Without knowledge, therefore denied.

163.    Without knowledge, therefore denied.

Zeig Answer & Affirmative Defenses

164.    Without knowledge, therefore denied.

165.    Denied.

166.    Denied.

167.    Without knowledge, therefore denied.

168.    Without knowledge, therefore denied.

169.    Without knowledge, therefore denied.

170.    Without knowledge, therefore denied.

171.    Without knowledge, therefore denied.

172.    Without knowledge, therefore denied.

173.    Without knowledge, therefore denied.

174.    Without knowledge, therefore denied.

175.    Without knowledge, therefore denied.

176.    Without knowledge, therefore denied.

177.    Without knowledge, therefore denied.

178.    Without knowledge, therefore denied.

179.    Without knowledge, therefore denied.

180.    Without knowledge, therefore denied.

181.    Without knowledge, therefore denied.

182.    Without knowledge, therefore denied.

Zeig Answer & Affirmative Defenses

183.    Without knowledge, therefore denied.

184.    Without knowledge, therefore denied.

185.    Without knowledge, therefore denied.

186.    Without knowledge, therefore denied.

187.    Without knowledge, therefore denied.

188.    Without knowledge, therefore denied.

189.    Denied.

190.    Denied.

191.    Denied.

192.    Without knowledge, therefore denied.

193.    Without knowledge, therefore denied.

194.    Without knowledge, therefore denied.

195.    Without knowledge, therefore denied.

196.    Without knowledge, therefore denied.

197.    Without knowledge, therefore denied.

198.    Without knowledge, therefore denied.

199.    Without knowledge, therefore denied.

200.    Without knowledge, therefore denied.

201.    Without knowledge, therefore denied.

202.    Without knowledge, therefore denied.

203.    Without knowledge, therefore denied.

204.    Without knowledge, therefore denied.

205.    Without knowledge, therefore denied.

206.    Without knowledge, therefore denied.

207.    Without knowledge, therefore denied.

208.    Without knowledge, therefore denied.

209.    Without knowledge, therefore denied.

210.    Without knowledge, therefore denied.

211.    Without knowledge, therefore denied.

212.    Without knowledge, therefore denied.

213.    Without knowledge, therefore denied.

214.    Without knowledge, therefore denied.

215.    Without knowledge, therefore denied.

216.    Without knowledge, therefore denied.

217.    Without knowledge, therefore denied.

218.    Without knowledge, therefore denied.

219.    Without knowledge, therefore denied.

220.    Without knowledge, therefore denied.

221.    Without knowledge, therefore denied.

222.    Without knowledge, therefore denied.

223.    Without knowledge, therefore denied.

224.    Without knowledge, therefore denied.

225.    Without knowledge, therefore denied.

226.    Denied.

227.    Denied.

228.    Without knowledge, therefore denied.

229.    Without knowledge, therefore denied.

230.    Without knowledge, therefore denied.

231.    Without knowledge, therefore denied.

232.    Without knowledge, therefore denied.

233.    Without knowledge, therefore denied.

234.    Without knowledge, therefore denied.

235.    Without knowledge, therefore denied.

236.    Without knowledge, therefore denied.

237.    Without knowledge, therefore denied.

238.    Without knowledge, therefore denied.

239.    Without knowledge, therefore denied.

240.    Without knowledge, therefore denied.

241.    Without knowledge, therefore denied.

242.    Without knowledge, therefore denied.

243.    Without knowledge, therefore denied.

244.    Without knowledge, therefore denied.

245.    Without knowledge, therefore denied.

246.    Without knowledge, therefore denied.

247.    Without knowledge, therefore denied.

248.    Without knowledge, therefore denied.

249.    Without knowledge, therefore denied.

250.    Without knowledge, therefore denied.

251.    Without knowledge, therefore denied.

252.    Without knowledge, therefore denied.

253.    Without knowledge, therefore denied.

254.    Without knowledge, therefore denied.

255.    Without knowledge, therefore denied.

256.    Without knowledge, therefore denied.

257.    Without knowledge, therefore denied.

258.    Without knowledge, therefore denied.

Zeig Answer & Affirmative Defenses

259.     Without knowledge, therefore denied.

260.     Without knowledge, therefore denied.

261.     Without knowledge, therefore denied.

262.     Without knowledge, therefore denied.

263.     Without knowledge, therefore denied.

264.     Without knowledge, therefore denied.

265-419.  Denied.

420.     The Zeig Defendants incorporates herein by reference each and every forgoing paragraphs as if set forth in full.

421-476.  Denied.

477.     The Zeig Defendants incorporates herein by reference each and every forgoing paragraphs as if set forth in full.

478-489.  Denied.

490.     The Zeig Defendants incorporates herein by reference each and every forgoing paragraph as if set forth in full.

491-501. Denied.

502.     This paragraph does not assert a fact, to the extent that a response is required it is denied.

503-512.  These paragraphs in the prayer for relief do not assert facts, to the extent that a response is required they are denied.

## AFFIRMATIVE DEFENSES

First Affirmative Defense:  Third party conduct as superseding cause of the Plaintiff's purported injury.

Second Affirmative Defense:  Apportionment of responsibility (nonparty tortfeasor contributed to the Plaintiff's purported injury).

Third Affirmative Defense:  Plaintiff failed to join an indispensable party.

Fourth Affirmative Defense:  *Noerr-Pennington* Doctrine prevents the Plaintiff from recovering (in whole or in part).

Respectfully Submitted,

By:    GESSIN LTD.

/s/ Jesse Gessin
Jesse Gessin
910 South El Camino Real, Suite 201
San Clemente, California 92672
Tel: (949) 328-6629
Fax: (323) 403-4170
Jesse@Gessin.Ltd

-and-

Zeig Answer & Affirmative Defenses

MARGULIS GELFAND DIRUZZO & LAMBSON

/s/ Joseph A. DiRuzzo, III
Joseph A. DiRuzzo, III
Fla. Bar No. 0619175
401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
954.615.1676 (o)
954.827.0340 (f)
jd@margulisgelfand.com

*Counsel for Defendants ZEIG LAW FIRM, LLC, and JUSTIN ZEIG*

Dated May 30, 2025

Zeig Answer & Affirmative Defenses