Richard J. Grabowski (SBN 125666)
rgrabowski@jonesday.com
John A. Vogt (SBN 198677)
javogt@jonesday.com
Cheryl L. O'Connor (SBN 173897)
coconnor@jonesday.com
Ryan D. Ball (SBN 321773)
rball@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Nathaniel P. Garrett (SBN 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104.1500
Telephone:  +1.415.626.3939
Facsimile:   +1.415.875.5700

Attorneys for Plaintiff
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEIN SAKS, PLLC, a New York company; JUDAH STEIN, a New Jersey resident; YAAKOV SAKS, a Florida resident, TAMIR SALAND, a New York resident, ELIYAHU BABAD, a New Jersey resident, ZEIG LAW FIRM, LLC, a Florida company, JUSTIN ZEIG, a Florida resident, CHESKY MONK, a New Jersey resident, DANIEL J. SOFFER, a New Jersey resident, and DOE DEFENDANTS 1-10,<br><br>Defendants. | Case No. 8:24-cv-1186-FWS-JDE<br><br>Honorable Fred W. Slaughter<br><br>**PLAINTIFF EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF CHESKY MONK WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that pursuant to Rule 41(a)(1)(A)(i), Plaintiff Experian Information Solutions Inc. ("Experian") voluntarily dismisses Experian's claims against Defendant Chesky Monk without prejudice. Defendant Monk has not responded or otherwise filed an answer to the Complaint.

To dispel any ambiguity, Experian's claims against all other defendants remain active.

Dated: June 27, 2025                         JONES DAY

                                             By: */s/ Ryan D. Ball*
                                                  Ryan D. Ball

                                             *Attorneys for Plaintiff*
                                             Experian Information Solutions, Inc.