# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, | Case No. 8:24-cv-01186-FWS-JDE |
| Plaintiff, | **ORDER** |
| vs. | |
| STEIN SAKS, PLLC, a New York company, et al., | |
| Defendants. | |

For good cause shown, the Stipulated Protective Order (Dkt. 156) is hereby entered as an Order of the Court.

DATED: March 6, 2026

_____
JOHN D. EARLY
United States Magistrate Judge

---

ORDER