RICHARD J. GRABOWSKI (SBN 125666)
rgrabowski@goodwinlaw.com
JOHN A. VOGT (SBN 198677)
javogt@goodwinlaw.com
RYAN D. BALL (SBN 321772)
rball@goodwinlaw.com
TJ HERRON (SBN 331728)
therron@goodwinlaw.com
**GOODWIN PROCTER LLP**
660 Newport Center Drive
Suite 450, 4th Floor
Newport Beach, CA 92660
Tel. +1 949 743 3400
Fax: +1 949 743 3485

Attorneys for Plaintiff
Experian Information Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, <br><br> Plaintiff, <br><br> v. <br><br> STEIN SAKS, PLLC, a New York company; JUDAH STEIN; a New Jersey Resident; YAAKOV SAKS, a Florida resident; TAMIR SALAD, a New York resident; ELIYAHU BABAD, a New Jersey resident; ZEIG LAW FIRM, LLC, a Florida company; JUSTIN ZEIG, a Florida resident; CHESKY MONK, a New Jersey resident, DANIEL J. SOFFER, a New Jersey resident, and DOE DEFENDANTS 1-10, <br><br> Defendants. | Case No. 8:24-cv-01186-FWS-JDE <br><br> **DISCOVERY MATTER** <br><br> **PLAINTIFF EXPERIAN INFORMATION SOLUTION, INC.'S UNOPPOSED MOTION FOR COURT ORDER AUTHORIZING PRODUCTION OF CONSUMER REPORTS PURSUANT TO 15 U.S.C. § 1681b** <br><br> Date:   July 9, 2026 <br> Time:   10:00 a.m. <br> Place:  Courtroom 6A <br> Judge: Hon. John D. Early |

Plaintiff Experian Information Solutions, Inc. ("Experian"), through its attorneys of record, hereby files this unopposed motion for a court order permitting the production of certain documents from its custodial files pursuant to 15 U.S.C. § 1681b. In furtherance of its unopposed motion, Experian states as follows:

1. Section 1681b(a) of the Fair Credit Reporting Act ("FCRA") bars consumer reporting agencies ("CRAs") from furnishing consumer reports except under certain explicit circumstances. A consumer report is defined in Section 1681a(d)(1) of FCRA as:

> any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for—
>
> (A) credit or insurance to be used primarily for personal, family, or household purposes;
>
> (B) employment purposes; or
>
> (C) any other purpose authorized under section 1681b of this title.

15 U.S.C. § 1681a(d)(1).

2. The FCRA permits the furnishment of consumer reports "[i]n response to the order of a court having jurisdiction to issue such an order . . . ." 15 U.S.C. § 1681b(a)(1).  In other words, a court order constitutes a permissible purpose for which CRAs like Experian may furnish consumer reports in its possession, custody, or control.

3. In this case, Experian alleges, *inter alia*, that Defendants conspired to recruit consumer plaintiffs and file numerous sham lawsuits on their behalf ("the

EXPERIAN'S UNOPPOSED
MTN. FOR COURT ORDER
8:24-cv-01186-FWS-JDE

Underlying Cases") against Experian under the FCRA, using fabricated credit denials to extort inflated settlements. *See, e.g.*, ECF No. 91, ¶¶ 1–2, 424.

4.    The Parties are currently in discovery. Herron Decl., ¶¶ 2-3. Defendants, through counsel, have propounded numerous discovery requests on Experian that seek documents and information related to the Underlying Cases, and which relate to Experian's reinvestigations of disputes submitted by consumers regarding their credit file(s). *Id*. Experian has in its possession, custody, or control consumer reports and associated documents related to the Underlying Cases that are relevant and responsive to Defendants' requests.  *Id*.

5.    Experian has agreed to produce documents and information containing consumer reports and associated documents in response to certain discovery requests. *Id*., ¶ 3.

6.    Accordingly, to facilitate Experian's production of relevant consumer credit file information to the Defendants in accordance with the FCRA, Experian respectfully requests an order authorizing the production of consumer reports and related credit file data from its custodial files in response to the Defendants' discovery requests.

7.    Experian conferred with counsel for the Defendants regarding this request on May 21, 2026. *Id*., ¶ 5. Defendants do not oppose Experian's motion.  *Id*.

Dated:  June 1, 2026

**GOODWIN PROCTER LLP**

By: */s/ TJ Herron*
TJ Herron

Attorneys for Plaintiff
EXPERIAN INFORMATION
SOLUTIONS, INC.

EXPERIAN'S UNOPPOSED
MTN. FOR COURT ORDER
8:24-cv-01186-FWS-JDE